UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60961-CIV-DIMITROULEAS/TORRES

**IN ADMIRALTY**

EUCEBIO MARTINEZ,

    Plaintiff,

vs.

G & G MARINE, INC., in personam;
and, M/V BAHAMA PRIDE, her
engines, boilers, tackle, equipment,
apparel, appurtenances, etc., in rem,

    Defendants.
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW the parties, by and through their undersigned attorneys, and show unto the Court that all matters in dispute between the parties have been settled and that the subject cause may be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

WHEREFORE, the parties petition this Court for an Order dismissing this cause, with prejudice, each party to bear its own costs, expenses and attorneys' fees, reserving jurisdiction to enforce the terms and conditions of settlement.

DATED: June 11, 2004

_____
ALLAN R. KELLEY
Florida Bar# 309893
FOWLER WHITE BURNETT P.A.
18th Floor, Bank of America Tower
100 South East Second Street
Miami, Florida 33131

_____
DAVID C. RASH
Florida Bar # 0977764
GUILFORD & RASH, P.A.
Courthouse Tower - Suite 750
44 West Flagler Street
Miami, Florida 33130